COPY

# BUFFALO FEDERAL DETENTION FACILITY ("BFDF")

**STEP 1 ICE AND AGS GRIEVANCE FORM**          GRIEVANCE # _____

*(This form must contain one complaint/grievance and must be filled within 5 days of issue)*

**Date:** 5/9/2024

**To:** George P. Harvey Jr., Assistant Field Office Director

**From:** Andrew Mullings,          075 809 426          SHU 227

**Re:** ICE And or AGS Is In Violation Of The ADA For Interfering With Dr. Belde's Recommendation, Certified Mail # 7022   0410   0002   2323   8192

**Description Of Problem:**

1. On 4/24/2024, I had a legal called with Ms. Kana Yang ("Yang"), a DHS employee from Washington, DC. Her duties and responsibility is to ensure that certified disable individuals receive reasonable accommodation per the ADA. She informed me that she is concern about a grievance I sent to Acting Captain Spiotta dated 1/11/2024, wherein I requested reasonable law library time because I have a disability in reading.

2. Ms. Yang also informed me to give medical a copy of my disability certificate and let medical accommodate me for my reading disability.

3. On or around 5/2/24, I provided Dr. Robert Belde with a copy of my disability documentary proof and Ms. Yang's contact information. Dr. Belde then verbally evaluated me and verbally recommended that he is going to get me my own tablet this way I will have "unlimited" time in my cell to do my legal work.

4. On 5/3/24, Dr. Belde sadly expressed to me that ICE and AGS said "they will determine how to accommodate your reading disability." Dr. Belde also said, "... It's out of my hands."

5. Dr. Belde then asked me why I waited so long to request accommodation for my reading disorder. In respond, I told him that, unlike here, when I was in prison I didn't need to request accommodation for my reading disorder because the opportunity was there for me to be in the prison law library very day from sunup till sundown. I also told him that when I came here, in A2, I control a tablet that nobody wanted to use because the phone section was not working so I used it specifically for legal work. Then in PC I had the opportunity to do the same thing but I was sharing it with guys that don't want to use the tablet for long. Unfortunately for me, ICE had recently implement a new rule for the tablets with time restriction. This time restriction is crippling me because of my disabilities in reading. For this reason I am now relied on my disability certificate in reading to get reasonable accommodation from medical.

6. On or about 5/5/2024, Officer Boyer informed me that ICE and/or AGS management has accommodate me for 4 hours a day on the tablet, and 2 hours a day in the law library.

7. Let the record reflect that I was NOT accommodate because where I am housed on protective custody everybody almost gets the same time. Let the record also reflect that on 5/6/2024, I had only get to used the tablet for one hour to research law cases due to poor management with the tablet. On 5/7/2024, I only get to used it for about 50 minutes.

8. As a result of ICE and or AGS interfering with Dr. Belde's recommendation to accommodate me with my own tablet to meet my disabilities needs in reading, I am presently unable to properly research law cases to decide whether I should ask the Second Circuit Court of Appeals to remand my case to the BIA with respect to the Circuit's 3/3/2024 Order, which also enable me to properly prepare for other pending court proceedings.

### Action Requested by Grievant
a) for ICE and AGS to restore all rights to Dr. Robert Belde to let him carryout his initial recommendation to provide me with "unlimited" time with my own tablet this way I can stay in my cell and do my law work to meet my reading disabilities needs and to do tablet lessons;
b). for the name of the person(s) that interfered with Dr. Belde's recommendation for the Grievant to be accommodate with his own tablet;
c). for Mr. George P. Harvey to conduct on investigation, make written decision, and to speak to the Grievant in person to attempt to result this issue at the lower level respectfully;
d). for Mr. George P. Harvey to provided the Grievant with information where to and to whom he must send appeals to exhausted his administration remedies;
e). that there should be NO retaliation against the Grievant's person or property; and
f). for Mr. George P. Harvey to provided the grievant with a copy of his 4/12/24 Memorandum

Grievant Signature: _Mullings_  Date/Time: 5/9/2024

Grievance Coordinator: _____  Date / Time: _____

---

**STEP #1 ICE GRIEVANCE OFFICER (GO)**
(5 business days to complete)

_____
**Date and Time Received**

[ ] This grievance has been formally resolved as follows:
_____
_____
_____

OR

[ ] GO resolution is NOT accepted and the grievance has been assigned to the Grievance Appeals Board (GAB) for resolution.

**GO Signature:** _____    **Date / Time:** _____

**Grievant Signature:** _____    **Date / Time:** _____

---

**STEP #2 ICE GRIEVANCE APPEALS BOARD (GAB)**
(5 business days to complete)

_____
**Date and Time Received**

**GAB Response to Detainee:**
_____
_____
_____

**GAB Members:** _____
_____
_____

_____    _____
ICE Staff Member                    Higher Ranks

_____    _____
Staff Member                         Date Returned to Detainee

**GAB Signature:** _____    **Date / Time:** _____

**Grievant Signature:** _____    **Date / Time:** _____

**To Be Signed Only Upon Resolution:**

**Grievant name:** _____    **Signature:** _____    **Date:** _____

Respectfully Submitted,

*/s/ Andrew Mullings*

Andrew Mullings

Sworn to before me on this 9 day of May, 2024

*/s/ Aaron A. Stahl*
Notary Public

Aaron A. Stahl
Notary Public, State of New York
Reg. No. 01ST0013537
Qualified in Orleans County
Commission Expires September 14, 2027

cc: **Second Circuit Court of Appeals, in New York**

**Jeffrey G. Searls, Deputy Field Office Director**
Buffalo Field Office
U.S. DHS, 250 Delaware Avenue, Floor 7
Buffalo, New York 14202

**Embassy of Jamaica/Consulate**
1520 New Hampshire Avenue, NW
Washington, DC 20036

**Ms. Kana Yang, In charge of disability department**
*Office for Civil Rights and Civil Liberties*
U.S. Department of Homeland Security Headquarter
2707 Martin Luther King Jr. Ave.
Se Mail # 0190
Washington, DC 20528-0190

**Acting Captain Spiotta,** at BFDF
Buffalo Federal Detention Facility
4250 Federal Drive
Batavia, New York 14020

**Justice For Migrant Families WNY**
C/O Trinity Church
371 Delaware Ave.
Buffalo, New York 14202

**IHSC Medical Administration or Commander Johnson**

Andrew Mullings, 075 809426
Buffalo Federal Detention Facility
4250 Federal Drive
Batavia, New York 14020

Legal Mail

CLERK'S OFFICE
United States
United States Court of Appeals
Foley Square
New York, New York 10007